IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMAD RAHMAN d/b/a, <br> 7-11 FRANCHISE 11306 and ALVARO <br> T. GRACIAS <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the <br> U.S. Dept. of Homeland Security; <br> EMILIANO GONZALEZ, Director, U.S. <br> Citizenship and Immigration Services; <br> ROBERT P. WIEMANN, Director, <br> Administrative Appeals Office; PAUL <br> NOVAK, Director U.S. Citizenship and <br> Immigration Services Vermont Service <br> Center. <br><br> Defendants. | Case No.:_____ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David E. Piver, to represent Plaintiff, Mohammad Rahman d/b/a 7-11 Franchise 11306 and Alvaro T. Gracias, in this matter.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: 7/11/07

_____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiffs Mohammad Rahman d/b/a
7-11 Franchise 11306 and Alvaro T. Gracias

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States Courts of Appeal for the Second, Third and Fourth Circuits, and the United States District Court for the Eastern District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual pro hac vice fee will be submitted to the Clerk's office upon the filing of this motion.

Dated: 07/03/07

David E. Piver, Esquire
Law Offices of David E. Piver
150 Strafford Avenue, Suite 115
Wayne, PA 19807
(610) 675-4599 – Telephone
(610) 687-2100 – Facsimile

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of David E. Piver is granted.

Dated: _____

                                            United States District Judge