## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMAD RAHMAN d/b/a,<br>7-11 FRANCHISE 11306 and ALVARO<br>T. GRACIAS<br><br>    Plaintiffs,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Dept. of Homeland Security;<br>EMILIANO GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>ROBERT P. WIEMANN, Director,<br>Administrative Appeals Office; PAUL<br>NOVAK, Director U.S. Citizenship and<br>Immigration Services Vermont Service<br>Center.<br><br>    Defendants. | Case No.: 07-434 *** |

## AFFIDAVIT OF KAREN V. SULLIVAN REGARDING SERVICE

Karen V. Sullivan, Esquire, being first duly sworn according to law, did depose and say:

1. That I am an attorney authorized to practice before the United States District Court for the District of Delaware

2. On July 13, 2007, I caused to be mailed by Certified Mail to the Defendant, Paul Novak, Director – USCIS Vermont Service Center, a copy of the Summons & Complaint.

3. Attached hereto as Exhibit A is the Certified Mail Return Receipt stating that the Summons & Complaint was received by the Center Director on July 16, 2007 at the address of 75 Lower Welden Street, St. Albans, Vermont 05479 and returned to

me on July 20, 2007 by the U.S. Postal Service indicating that the aforesaid Summons & Complaint was delivered.

4.    On July 13, 2007, I caused to be mailed by Certified Mail to the Defendant, Robert P. Weiman, Director, USCIS Administrative Appeal Office (AAO), a copy of the Summons & Complaint.

5.    Attached hereto as Exhibit B is the Certified Mail Return Receipt stating that the Summons & Complaint was received by DHS on July 18, 2007 at the address of 20 Massachusetts Avenue, NW, Room A3042, Washington, DC 20529 and returned to me on July 23, 2007 by the U.S. Postal Service indicating that the aforesaid Summons & Complaint was delivered.

6.    On July 13, 2007, I caused to be mailed by Certified Mail to the Defendant, Michael Chertoff, Secretary of the U.S. Dept. of Homeland Security, a copy of the Summons & Complaint.

7.    Attached hereto as Exhibit C is the Certified Mail Return Receipt stating that the Summons & Complaint was received by Megan on July 25, 2007 at the address of 3801 Nebraska Avenue, NW, Washington, DC 20528 and returned to me on August 2, 2007 by the U.S. Postal Service indicating that the aforesaid Summons & Complaint was delivered.

8.    On July 13, 2007, I caused to be mailed by Certified Mail to the Defendant Emilio T. Gonzalez, Director – U.S. Citizenship & Immig. Services, a copy of the Summons & Complaint.

9.    Attached hereto as Exhibit D is the Certified Mail Return Receipt and the U.S. Postal Service Track & Confirm Results stating that the Summons &

Complaint was received by an unknown persons on July 17, 2007 at the address of 20 Massachusetts Avenue, NW, Washington, DC 20526 and returned to me on August 6, 2007 by the U.S. Postal Service indicating that the aforesaid Summons & Complaint was delivered.

10.    On July 13, 2007, I caused, to be mailed by Certified Mail to Alberto Gonzalez, Attorney General, U.S. Department of Justice a copy of a letter, a copy of which is attached hereto as Exhibit E, together with a copy of each Summons and the Complaint.

11.    Attached hereto as Exhibit F is the Certified Mail Return Receipt delivered to Ms. or Mr. Parker on July 17, 2007 at the address of 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 and returned to me on July 20, 2007 by the U.S. Postal Service indicating that the aforesaid registered letter was delivered.

12.    On July 13, 2007, I caused a copy of each Summons and the Complaint to be Hand Delivered to Colm F. Connolly, United States Attorney for the District of Delaware at 1007 North Orange Street, Suite 700, Wilmington, DE 19801.

FURTHER deponent saith not.

Karen V. Sullivan, Esquire (No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 - Facsimile

SWORN TO AND SUBSCRIBED before me this 7th day of August, 2007

NOTARY PUBLIC

M. DIANE QUIMBY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov 24, 2008

3

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Novak
Director – USCIS Vermont Service Center
75 Lower Welden Street
St. Albans, Vermont 05479

OJR

JUL 2 0 2007

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7001 1140 0002 6356 2132

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

# EXHIBIT B

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert P. Weiman, Director
USCIS Administrative Appeal Office
(AAO)
20 Massachusetts Avenue, NW
Room A3042
Washington, DC 20529

OJR
JUL 2 3 2007

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X       ☐ Agent
         ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
    If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-2509

# EXHIBIT C

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff
Secretary of the U.S. Dept. of Homeland
Security
3801 Nebraska Avenue, NW
Washington, DC 20528

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

JUL 2 5 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

OJR

AUG 0 2 2007

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2500

# EXHIBIT D

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Emilio T. Gonzalez<br>Director – U.S. Citizenship & Immig.<br>Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20526 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| OUR<br>AUG 06 2007 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 1140 0002 6356 2118 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

 UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 1140 0002 6356 2118**
Status: **Delivered**

Your item was delivered at 8:57 AM on July 17, 2007 in WASHINGTON,
DC 20529.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

 *Go >*

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  *Go >*

 POSTAL INSPECTORS    site map   contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy  

# EXHIBIT E

# OBERLY, JENNINGS & RHODUNDA, P.A.

### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

July 13, 2007

<u>Via Certified Mail – Return Receipt</u>
Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:    Mohammad Rahman d/b/a/ 7-11 Franchise 11306, et al. v. Michael Chertoff,
       et al.; Case No. 07-434-UNA (D. Del.)

Dear General Gonzalez:

Pursuant to Fed. R. Civ. P. 4(i)(1)(B), enclosed please find a copy of the Complaint and 4 Summons with respect to the above-referenced matter.

Very truly yours,

KAREN V. SULLIVAN

KVS/all
Enclosures

# EXHIBIT F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001    OJR

JUL 2 0 2007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

JUL 1 7 2007

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7001 1140 0002 6356 2095

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509