IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMAD RAHMAN, d/b/a<br>7-11 FRANCHISE 11306 and<br>ALVARO T. GRACIAS,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Dept. of Homeland Security;<br>EMILIO GONZALEZ, Director U.S.<br>Citizenship and Immigration Services;<br>ROBERT P. WIEMANN, Director<br>Administrative Appeals Office;<br>PAUL NOVAK, Director U.S.<br>Citizenship and Immigration Services<br>Vermont Service Center,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-434-***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER

Defendants, Michael Chertoff, Secretary of the U.S. Department of Homeland Security, Emilio Gonzalez, Director of U.S. Citizenship and Immigration Services, Robert P. Wiemann, Director, Administrative Appeals Office, and Paul Novak, Director U.S. Citizenship and Immigration Services, Vermont Service Center (hereinafter "Defendants"), by and through the undersigned counsel, and in response to each numbered paragraph of Plaintiffs' Complaint, state as follows:

    1.    The allegations of this paragraph to Plaintiffs' Complaint are conclusions of law to which no responsive pleading is required.

    2.    Admitted on information and belief.

    3.    Admitted on information and belief.

    4.    Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

WHEREFORE, Defendants respectfully request that judgment be entered in its favor and against Plaintiffs together with costs and disbursements and such other and further relief as the Court may deem just and proper.

Defendants aver that Plaintiffs are not entitled to any relief whatsoever. Defendants deny each and every allegation of the Complaint that has not been otherwise admitted, denied, or qualified.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By:    /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant U.S. Attorney
    The Nemours Building
    1007 Orange Street, Suite 700
    Wilmington, DE 19801
    (302) 573-6277

Dated: September 12, 2007

## **CERTIFICATE OF SERVICE**

  I, Patricia C. Hannigan, hereby certify that on **September 12, 2007**, I electronically filed the foregoing **ANSWER** with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following:

**Karen V. Sullivan**, Esquire
Oberly, Jennings & Rhodunda, PA
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
302-576-2000
ksullivan@ojlaw.com

        COLM F. CONNOLLY
        United States Attorney

      By: /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov