IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMAD RAHMAN, d/b/a<br>7-11 FRANCHISE 11306 and<br>ALVARO T. GRACIAS,<br><br>          Plaintiffs,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Dept. of Homeland Security;<br>EMILIO GONZALEZ, Director U.S.<br>Citizenship and Immigration Services;<br>ROBERT P. WIEMANN, Director<br>Administrative Appeals Office;<br>PAUL NOVAK, Director U.S.<br>Citizenship and Immigration Services<br>Vermont Service Center,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-434-***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RECORD OF PROCEEDING

COLM F. CONNOLLY
United States Attorney

Patricia C. Hannigan
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277

**Dated: September 12, 2007**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOHAMMAD RAHMAN, d/b/a<br>7-11 FRANCHISE 11306 and<br>ALVARO T. GRACIAS,<br><br>     Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Dept. of Homeland Security;<br>EMILIO GONZALEZ, Director U.S.<br>Citizenship and Immigration Services;<br>ROBERT P. WIEMANN, Director<br>Administrative Appeals Office;<br>PAUL NOVAK, Director U.S.<br>Citizenship and Immigration Services<br>Vermont Service Center,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-434-***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF SERVICE

  I, **MAUREEN R. DAVIS**, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **September 12, 2007,** I served the foregoing **RECORD OF PROCEEDING,** by causing a copy of said document to be **Hand-Delivered** to Plaintiffs' counsel at the following address:

**Karen V. Sullivan**, Esquire
Oberly, Jennings & Rhodunda, PA
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
302-576-2000
ksullivan@ojlaw.com

            COLM F. CONNOLLY
            United States Attorney

          By: /s/Maureen R. Davis
            Maureen R. Davis
            Legal Assistant