**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MOHAMMAD RAHMAN d/b/a, <br> 7-11 FRANCHISE 11306 and ALVARO T. GRACIAS <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the U.S. Dept. of Homeland Security; EMILIANO GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT P. WIEMANN, Director, Administrative Appeals Office; PAUL NOVAK, Director U.S. Citizenship and Immigration Services Vermont Service Center. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 07-434-*** |

**PROPOSED STIPULATED BRIEFING SCHEDULING ORDER**

**WHEREAS**, on July 11, 2007, Plaintiffs filed this action under the Administrative Procedures Act, 5. U.S.C. Sect. 704, seeking judicial review of a final administrative decision rendered by the Administrative Appeals Office of the Department of Homeland Security, Bureau of U.S. Citizenship and Immigration Services denying the I-140 Petition for Alien Worker filed by Mohammad Rahman, d/b/a/ 7-11 Franchise 11306 on behalf of Alvaro T. Gracias;

**WHEREAS**, on September 12, 2007, Defendants filed an Answer to the Plaintiffs' Complaint and the record of the administrative proceedings below;

**WHEREAS**, the parties wish to establish a briefing schedule for this appeal on the record;

**IT IS HEREBY STIPULATED**, by and between the parties through the undersigned counsel, subject to the approval of the Court, that the parties shall file briefs on the following schedule:

Plaintiffs' Opening Brief – 60 days after entry of an Order approving this stipulation;

Defendants' Answering Brief – 60 days after filing of Plaintiffs' Opening Brief;

Plaintiffs' Reply Brief – 21 days after filing of Defendants' Answering Brief.

| **OBERLY, JENNINGS & RHODUNDA, P.A.** | **COLM F. CONNOLLY,**<br>**United States Attorney** |
|---|---|
| /s/ Karen V. Sullivan<br>Charles M. Oberly, III (No. 743)<br>Karen V. Sullivan (No. 3872)<br>1220 Market Street, Suite 710<br>P.O. Box 2054<br>Wilmington, DE 19899<br>(302) 576-2000 – Telephone<br>(302) 576-2004 – Facsimile<br>coberly@ojlaw.com<br>ksullivan@ojlaw.com | /s/ Patricia C. Hannigan<br>Patricia C. Hannigan (No. 2145)<br>Assistant U.S. Attorney<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19801<br>(302) 573-6277 – Telephone<br>(302) 573-6220 – Facsimile<br>patricia.hannigan@usdoj.gov |

-and-

David E. Piver
The Law Office of David E. Piver
150 Strafford Ave, Suite 115
Wayne, PA 19087
(610) 975-4599 – Telephone
(610) 687-2100 – Facsimile

Attorneys for Plaintiffs

It is **SO ORDERED** this ____ day of _____, 2007.

_____
**MAGISTRATE JUDGE MARY PAT THYNGE**