# OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

October 30, 2007

<u>Via CM/ECF & U.S. Mail</u>
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:    Mohammad Rahman, et al. v. Michael Chertoff, et al.
             Case No. 07-434-***

Dear Judge Thynge:

    I represent the Plaintiffs in the above-captioned administrative appeal. I enclose for Your Honor's consideration a Proposed Stipulated Briefing Scheduling Order.

    I am available at the convenience of the Court to answer any questions.

                             Respectfully,

                             **KAREN V. SULLIVAN (No. 3872)**

KVS/alv
Enclosure
cc:    Patricia C. Hannigan, Esquire (via CM/ECF & U.S. Mail)